STATE *ex rel.* WEST, *Atty. Gen.*, v. WALROND.

No. 177.    Opinion Filed November 11, 1908.

(98 Pac. 435.)

1.    MUNICIPAL CORPORATIONS—Cities of the First Class—State-hood Changes in Indian Territory. A city of the second class, under the laws in force in the Indian Territory prior to the admission of the state, having a population of more than 2,500, became, upon the admission of the state, by virtue of section 10 of the Schedule to the Constitution (Bunn's Ed. sec. 459) a city of the first class under the laws extended in force in the state.

2.    SAME—Subsequent Statutes Not Affecting. The act of the Legislature, approved Feb. 20, 1908 (Sess. Laws 1907-08, p. 183, c. 12), entitled "An act amending sections 1, 5, 6, of article 1, chapter 14, of an act providing for the incorporation and government of cities of the first class, of the Statutes of Oklahoma of 1893; amending section 1, of article 1, of chapter 6, of the Session Laws of Oklahoma of 1897, entitled 'An act amending sections 7 and 8 of article 1, chapter 14, of an act entitled "An act providing for the incorporation and government of cities of the first class, Statutes of Oklahoma 1893,"' providing for the incorporation and government of cities of the first class and declaring an emergency," and the provisions thereof do not apply to items that were continued or became by sec. 10 of the Schedule to the Constitution (Bunn's Ed. sec. 459) cities of the first class under the laws extended in force in the state.

(Syllabus by the Court.)

Original action by the State, on relation of Charles J. West, Attorney General, to oust from office Z. T. Walrond. Judgment for plaintiff.

This is an original action by the state, on the relation of Charles J. West, Attorney General, to oust from office of police judge of the city of Muskogee one Z. T. Walrond, and to have declared by judgment of the court that one J. B. Campbell is entitled to said office. The facts in this case, about which there is no controversy, are the same as in the case of *State of Oklahoma ex rel. Charles J. West, Attorney General, v. J. F. Ledbetter, ante,* p. 251, 97 Pac. 834, except that J. B. Campbell was appointed, by

the council of the city of Muskogee, on the 23d day of December, 1907, police judge of said city to fill a vacancy in said office.

*Charles West, Atty. Gen., J. E. Wyand,* and *W. F. Schuermeyer,* for plaintiff.

*Lawrence & Adams,* for defendant.

HAYES, J. (after stating the facts as above). The questions of law presented in this case are identically the same as those in the case of *State of Oklahoma ex rel. Charles J. West, Attorney General, v. J. F. Ledbetter, supra,* and the conclusions of the court in that case must follow in this case. It is therefore the judgment of this court that plaintiff have the relief prayed for in its petition.

All the Justices concur.